# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**KEVIN A. BENITEZ,**
Appellee.

No. 4D14-4398

[March 9, 2016]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert F. Diaz, Judge; L.T. Case No. 14-005383 MM10A.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellant.

Teresa Williams and Carolyn B. Anderson of Williams & Trese, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

We reverse the county court's order finding the mandatory $5,000 civil penalty imposed for solicitation of prostitution under section 796.07(6), Florida Statutes (2014), to be unconstitutionally excessive. *See State v. Jones*, 180 So. 3d 1085 (Fla. 4th DCA 2015). We remand for further proceedings consistent with this opinion.

*Reversed and Remanded.*

CIKLIN, C.J., WARNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***